# **EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore,<br><br>                    Plaintiff,<br><br>   vs.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>                    Defendants | Case No.:<br><br>**FILED UNDER SEAL** |

**<u>SEALED SCHEDULE A TO SEALED COMPLAINT</u>**

1

| No. | Defendant Seller | Mall ID | Defendant Online Marketplace | Design Infringed | Product Link(s) |
|---|---|---|---|---|---|
| 1. | Men Clothing Street | 5105110399552 | https://www.temu.com/men-clothing-street-m-5105110399552.html | VA 2-372-271 | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099524897085 |
| 2. | Bobe Kids clothes | 634418211353010 | https://www.temu.com/bobe-kids-clothes-m-634418211353010.html | VA 2-374-650 | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099529452417 |
| 3. | Chin Mu | 5733679806063 | https://www.temu.com/ounifashion-m-5733679806063.html | VA 2-387-352 | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099521118197 |
| 4. | Rage Luo Li | 5366500676844 | https://www.temu.com/ounifashion-m-5366500676844.html | VA 2-387-358 | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099530563902 |
| 5. | Lan Yun Clothing | 634418212436600 | https://www.temu.com/ounifashion-m-634418212436600.html | VA 2-387-357 | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099537526460 |

| No. | Defendant Seller | Mall ID | Defendant Online Marketplace | Design Infringed | Product Link(s) |
|---|---|---|---|---|---|
| 6. | LILYSSHOESCASE | 5534673846132 | https://www.temu.com/ounifashion-m-5534673846132.html | VA 2-387-360 | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099519482328 |
| 7. | Nami movement | 634418211255699 | https://www.temu.com/ounifashion-m-634418211255699.html | VA 2-387-355 | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099524922168 |
| | | | | VA 2-387-353 | https://www.temu.com/goods.html?goods_id=601099537428489 |
| | | | | VA 2-387-347 | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099525178886 |
| | | | | VA 2-387-348 | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099525091003 |

| No. | Defendant Seller | Mall ID | Defendant Online Marketplace | Design Infringed | Product Link(s) |
|---|---|---|---|---|---|
| 8. | Aostenting | 92258330739 | https://www.temu.com/ounifashion-m-92258330739.html | VA 2-387-188 | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099523891871 |
| 9. | Small genie | 634418209601643 | https://www.temu.com/ounifashion-m-634418209601643.html | VA 2-387-350 | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099532261461 |
| 10. | SONIA FASHION | 4426040074799 | https://www.temu.com/ounifashion-m-4426040074799.html | VA 2-387-361 | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099521156768 |
| 11. | Genieyoga | 5560503544905 | https://www.temu.com/ounifashion-m-5560503544905.html | VA 2-387-359 | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099533787562 |
| 12. | NewFashion swimsuit | 73413648045 | https://www.temu.com/ounifashion-m-73413648045.html | VA 2-387-349 | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099527635050 |

| No. | Defendant Seller | Mall ID | Defendant Online Marketplace | Design Infringed | Product Link(s) |
|---|---|---|---|---|---|
| 13. | Aria Yoga | 5459689113680 | https://www.temu.com/ounifashion-m-5459689113680.html | VA 2-387-336 | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099522283138 |
| 14. | YouGa movemetn | 634418212204850 | https://www.temu.com/ounifashion-m-634418212204850.html | VA 2-387-343 | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099532614750 |
| 15. | Tina Yoga Clothing Factory | 634418212856835 | https://www.temu.com/ounifashion-m-634418212856835.html | VA 2-387-338 | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099540952241 |
| 16. | EZ FASHION CLOTH | 70228959191 | https://www.temu.com/ounifashion-m-70228959191.html | VA 2-387-252 | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099536093127 |
| 17. | Seamlessexerciseyogasuit | 634418211249157 | https://www.temu.com/ounifashion-m-634418211249157.html | VA 2-387-337 | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099523878092 |