IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>　　　　　　Defendants. | **CIVIL ACTION NO. 1:24-cv-02536**<br><br>Judge Hon. Thomas M. Durkin |

**SECOND JOINT MOTION TO EXTEND TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

The Parties[1] hereby move—jointly—for a seven (7) day extension of time, or until June 7, 2024, in which to answer or otherwise plead in the above-captioned case. In support of this motion, the Parties state as follows:

　　1.　On March 28, 2024, Plaintiff filed its complaint in the above-captioned action. (Dkt. 1)

　　2.　Defendants' Answers were due on May 3, 2024.

　　3.　Defendants moved the Court to extend this deadline by twenty eight (28) days to May 31, 2024 on April 30, 2024. (Dkt. 36)

　　4.　This motion was granted on April 30, 2024. (Dkt. 37)

　　5.　Defendants' Answers are due on May 31, 2024.

---

[1] Plaintiff and Defendant Nos. 1, 2, 6, 7, and 14

6. Defendants require additional time to answer or otherwise plead in the above-captioned case and to engage in settlement discussions with Plaintiff.

THEREFORE, the Parties move that this Court extend the time by which certain Defendants must answer or otherwise plead in the above-captioned case by seven (7) days to June 7, 2024.

Dated: May 30, 2024

Respectfully submitted,

*/s/ Taylor J. Wilson*
Steven J. Horowitz
Matthew D. Binder
Deepa A. Chari
Taylor J. Wilson
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
shorowitz@sidley.com
mbinder@sidley.com
dchari@sidley.com
taylorwilson@sidley.com

*Counsel for Plaintiff*
*Roadget Business Pte. Ltd*

*/s/ William W. Flachsbart*
William W. Flachsbart
DUNLAP BENNETT & LUDWIG
333 N. Michigan Ave. Suite 2700
Chicago, Illinois 60601
Phone: 312-551-9500
wflachsbart@dbllawyers.com

Christopher J. Fahy
ARCH & LAKE LLP
203 N. LaSalle St., Ste. 2100
Chicago, IL 60601
Phone: 312-558-1369
Fax: 312-614-1873
Christopher@archlakelaw.com

Haoyi Chen
ARCH & LAKE LLP
2500 Wilcrest Dr.
Houston, Tx 77042
Phone: 346-335-9870
Fax: 312-614-1873
haoyichen@archlakelaw.com

*Counsel for Defendants*